### Joe Lowery v. The State.

No. 9754. Delivered October 14, 1925.

Rehearing denied November 11, 1925.

**Manufacturing Intoxicating Liquor—No Statement of Facts—No Bill of Exceptions.**

This record is before us without a statement of facts or bill of exceptions, in the absence of which nothing is presented to us, except the sufficiency of the indictment. Finding it sufficient the cause is affirmed.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction for manufacturing intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

BAKER, JUDGE.—The appellant was convicted in the Criminal District Court of Dallas County for the offense of unlawfully manufacturing intoxicating liquor and his punishment assessed at one year in the penitentiary.

The record is before us without a statement of facts, bills of exception or brief by the appellant. The record shows that the indictment correctly charges the offense and the Court properly submitted the law applicable thereto and there being no error shown, the judgment of the trial court is therefore affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

MORROW, PRESIDING JUDGE.—Appellant insists that the evidence does not support the verdict. As stated in the original opinion, the evidence is not before this court. In the absence of a statement of facts, this court must presume that the evidence before the trial court supports the verdict.

The motion is overruled.

*Overruled.*